UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Jeffrey Oldenburg,

                     Plaintiff,

vs.                                                ORDER

Gulf Stream Coach, Inc.,
and RV World, Inc.,

                     Defendants.        Civ. No. 06-3520 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That Gulf Steam's Motion to Transfer or Dismiss [Docket No. 9] is granted, and that this action is transferred to the United States District Court for the Northern District of Indiana.

                                                    BY THE COURT:

DATED: May 11, 2007

                                                    s/ Joan N. Ericksen
                                                    Judge Joan N. Ericksen
                                                    United States District Court